IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES *ex rel.*
VERITY INVESTIGATIONS, LLC,

Plaintiff-Relator,

vs.

AMERICAN MAPLAN CORP.,

Defendant.

Case No. 25-cv-01259-JWB-JBW

**ORDER**

Before the Court is the Motion of the United States to Unseal (Dkt. 15). On November 13, 2025, Relator Verity Investigations, LLC filed a sealed Complaint (Dkt. 1) pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b). On May 11, 2026, the Court issued a sealed *ex parte* order partially lifting the seal in this matter to "permit the disclosure, in whole or in part, at the discretion of the United States of the existence of this *qui tam* matter." (Dkt. 11). To facilitate a possible resolution of a related case, the United States now requests an order unsealing certain filings in this case and lifting the seal as to future filings, while leaving sealed the filings that reference the investigation by the United States. The Court finds there is good cause to grant the motion and orders the following:

1. The Complaint (Dkt. 1), Civil Cover Sheet (Dkt. 2), Designation of Place of Trial (Dkt. 3), Motion to Seal (Dkt. 4), Corporate Disclosure Statement (Dkt. 5), Order (Dkt. 6), Minute Order (Dkt. 9), Notice of Voluntary Dismissal (Dkt. 12), Notice of Consent to Dismissal

(Dkt. 13), Substitution of Counsel (Dkt. 14), Motion to Unseal (Dkt. 15), and this Order be unsealed;

2. The *ex parte* motions of the United States (Dkts. 7, 10) and the resulting *ex parte* orders (Dkts. 8, 11) remain sealed; and

3. The seal be lifted as to all other matters occurring in this action after November 16, 2026.

**IT IS SO ORDERED**.

Dated November 17, 2026, at Kansas City, Kansas.

Jennifer B. Wieland
U. S. Magistrate Judge